UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TOSHEI A. WOODS                                             CIVIL ACTION

VERSUS

LOUISIANA SPECIAL SCHOOL                          NO. 24-00159-BAJ-SDJ
DISTRICT

### RULING AND ORDER

Before the Court is **Defendant's Motion For Summary Judgment (Doc. 50, "Defendant's Motion")**. The Motion is opposed. (Doc. 54). Defendant filed a Reply Brief regarding Plaintiff's initial failure to timely oppose Defendant's Motion (Doc. 51) as well as in response to Plaintiff's Opposition. (Doc. 56). Plaintiff filed a Response to Defendant's second Reply Brief. (Doc. 57).

Plaintiff, who is proceeding *pro se*, styled her Motion as a **Motion To Consider Plaintiff's Motion For Summary Judgment And/Or Opposition Timely Filed (Doc. 54, "Plaintiff's Motion")**. Plaintiff's Motion is opposed. (Doc. 51).

The Magistrate Judge issued a **Report And Recommendation (Doc. 59, the "Report")** recommending that the Court grant Defendant's Motion and dismiss Plaintiff's claims against Defendant. (*See id.* at 23). The Magistrate Judge reviewed Plaintiff's Motion (Doc. 54) as an Opposition to Defendant's Motion for Summary Judgment and considered both Motions (Doc. 50; Doc. 54) fully briefed. (*See* Doc. 59 at 2). There are no objections to the Report.

*T. Woods - Certified Mail # 9589 0710 5270 2540 7312 05*

Having carefully considered Plaintiff's Complaint (Doc. 1), the underlying Motion (Doc. 50), related briefing (Doc. 51; Doc. 54; Docs. 56–57), and the Magistrate Judge's Report (Doc. 59), the Court **APPROVES** the Magistrate Judge's Report And Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that **Plaintiff's Motion**[1] **(Doc. 54)**, to the extent that the Court also construes it as a Motion to Consider Plaintiff's Opposition Timely Filed *only*, be and is hereby **GRANTED**. The Court has reviewed Plaintiff's Opposition as if it had been timely filed.

**IT IS FURTHER ORDERED** that **Defendant's Motion (Doc. 50)** be and is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**.

Judgment shall issue separately.

---

[1] As discussed above, the Court does not deem Plaintiff's Motion (Doc. 54) to be a Motion for Summary Judgment.

**IT IS FURTHER ORDERED** that the Clerk of Court shall transmit this Ruling and Order to Plaintiff Toshei A. Woods by regular mail and by certified mail, return receipt requested, to the address listed on PACER.

Baton Rouge, Louisiana, this 11th day of December, 2025

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**